IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J NORTON,

    Petitioner,

v.                                          CASE NO. 4:05-cv-00104-MP-AK

JAMES CROSBY, JR,
DEPARTMENT OF CORRECTIONS,
HARRY K SINGLETARY, JR,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Discovery (request for copies of document from a prior conviction). (Doc. 9). Plaintiff requests the Court to send him a copy of the local rules, papers in another case, and sample forms. Regardless of Plaintiff's in forma pauperis status, the Court is not responsible for providing these things to him. Therefore, Plaintiff's motion is DENIED.

**DONE AND ORDERED** this 22nd day of July, 2005

                                      s/A Kornblum
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**