IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J NORTON,

    Petitioner,

v.                                      CASE NO. 4:05-cv-00104-MP-WCS

JAMES CROSBY, JR,
DEPARTMENT OF CORRECTIONS,
HARRY K SINGLETARY, JR,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, recommending that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Objections to Report and Recommendation were due by December 5, 2005, but none were filed. The Court agrees with the Magistrate Judge that plaintiff's claims are barred by the statute of limitations and that plaintiff has not exhausted administrative remedies. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *4th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge